DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

ROBERT MOSELLE

            Debtor

) Chapter 13
) Case No. 09-59921 MEH
)
)
) **NOTICE OF UNCLAIMED DIVIDEND**
) Claimant:
) MARSHALL FRANK
)
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $4,262.31. The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

    Marshall Frank
    P O Box 221235
    Carmel, CA 93922-1235

                        /s/ Devin Derham-Burk

Dated: April 27, 2015             DEVIN DERHAM-BURK, Trustee